■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT HARRIS, JR., Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed September 19, 1974, upon his conviction of robbery in the second degree, on a plea of guilty. Sentence *reversed, on the law, and case remitted* to the County Court for resentence. The sentencing court failed to set forth in the record the reason for its imposition of a minimum period of imprisonment, as required by section 70.00 (subd 3, par [b]) of the Penal Law. The case is remitted

solely for compliance with the afore-mentioned section. Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.